## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Mohamed Ali Hammad, V.M.D., :
               Petitioner :
                :
    v. :
                :
Bureau of Professional and Occupational :
Affairs, State Board of Veterinary Medicine, :
               Respondent : No. 120 C.D. 2015

## **O R D E R**

NOW, December 29, 2015, having considered petitioner's application for reconsideration, the application is denied.

 

DAN PELLEGRINI,
President Judge